# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STEVEN THOMAS ALLEY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:20-cv-00395-JRG-RSP |
| EASTMAN CHEMICAL COMPANY, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Steven Thomas Alley and Defendant Eastman Chemical Company. (Dkt. No. 66.)

Having considered the Motion, and in light of its joint nature, the Motion is hereby is **GRANTED**. Accordingly, all pending claims and causes of action in Case No. 2:20-cv-395-JRG-RSP by and between the parties are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**
**Oct 13, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE